

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00172-CR

Christopher **DIMAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0037B
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Appellant's motion to dismiss and issue the mandate is GRANTED. We direct the Clerk of this Court to issue the mandate in this appeal as soon as possible.

SIGNED October 3, 2018.

_____
Karen Angelini, Justice